IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-01902-CMA-KLM

STATES RESOURCES CORP., an Iowa corporation,

    Plaintiff,

v.

EDWARD J. GEESEN, and
NANCY GEESEN,

    Defendants.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

---

Pursuant to Plaintiff's Motion To Dismiss Without Prejudice (Doc. # 5), it is hereby ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado, this  25th  day of October, 2011.

          BY THE COURT:

          *Christine M. Arguello*
          _____
          CHRISTINE M. ARGUELLO
          United States District Court Judge