### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 11-cv-01902-CMA-KLM

STATES RESOURCES CORP., an Iowa corporation,

    Plaintiff,

v.

EDWARD J. GEESEN, and
NANCY GEESEN,

    Defendants.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

---

    Pursuant to Plaintiff's Motion To Dismiss Without Prejudice (Doc. # 5), it is hereby ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.

    DATED at Denver, Colorado, this  25th  day of October, 2011.

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Court Judge